IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR and DESHAWN TART, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:24-cv-08471 |
| | ) | |
| v. | ) | Judge Manish S. Shah |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC. | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

**DEFENDANT EQUIFAX INFORMATION SERVICES, LLC'S AGREED MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, Equifax Information Services, LLC ("Defendant"), by its attorney, Rodney L. Lewis of Polsinelli PC, pursuant to Fed. R. Civ. P. 6(b)(1), moves for an extension of time in which to file a responsive pleading. In support of its Motion, Defendant states:

1. The Complaint in this matter was filed on September 16, 2024 and Defendant was served on September 17, 2024.

2. Absent an extension, Equifax's deadline to answer or otherwise respond to the Complaint is currently October 8, 2024.

3. On September 24, 2024, counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including October 29, 2024 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

4. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

5. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer and facilitate settlement discussions. Accordingly, Equifax respectfully requests an extension through and including October 29, 2024, within which to file its answer or other responsive pleading in this matter.

6. This is Equifax's first request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Defendant Equifax Information Services, LLC, respectfully requests this Court to grant its Motion for an Extension of Time to File a Responsive Pleading, and enter an Order allowing it until October 29, 2024 to file a responsive pleading in this matter.

DATED: October 8, 2024

Respectfully Submitted,

**POLSINELLI PC**

By: */s/ Rodney L. Lewis*
    Rodney L. Lewis
    Kevin M. Hogan
    Polsinelli PC
    150 North Riverside Plaza, Suite 3000
    Chicago, IL 60606
    Tel. (312) 819-1900
    Fax (312) 819-1910
    Email: rodneylewis@polsinelli.com
    kmhogan@polsinelli.com
    *Attorneys for Defendant Equifax*
    *Information Services, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on October 8, 2024, I served the foregoing with the Clerk of the Court using the CM/ECF System, which will send electronic notification of such filing to all counsel of record.

>  */s/ Rodney L. Lewis*
> Rodney L. Lewis
> *Attorney for Defendant*
> *Equifax Information Services, LLC*