# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARTHUR TART and DESHAWN TART<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No.: 1:24-cv-8471<br><br>**NOTICE OF SETTLEMENT AS ALL DEFENDANTS** |

NOTICE IS HEREBY GIVEN that Plaintiffs Arthur Tart and DeShawn Tart ("Plaintiffs") and Defendants Equifax Information Services, LLC ("Equifax") and Experian Information Solutions, Inc. ("Experian") have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiffs requests that the Court vacate all pending deadlines. Plaintiffs also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 30th day of October 2024.

**HASEEB LEGAL LLC**

By: */s/ Syed H. Hussain*
Syed H. Hussain (IL #6331378)
420 E. Waterside Dr. #3004
Chicago, IL 60601
Telephone: 954-225-4934
E-mail: sh@haseeblegal.com
*Attorneys for Plaintiff*

1